UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 2:19-cr-126-JDL** |
| | ) | |
| MICHAEL PEAVY WRIGHT | ) | |

MOTION TO WITHDRAW AS CJA COUNSEL

NOW COMES Molly Butler Bailey, counsel in the above-captioned matter, and moves pursuant to Rule 157.5 to withdraw as counsel for the defendant in the above-captioned matter, and STATES:

1. Counsel accepted appointment to represent the Defendant on February 28, 2019.
2. Counsel recently accepted a position with the Androscoggin County District Attorney's Office, and will be leaving private practice on July 26, 2019.
3. Counsel will be withdrawing from the CJA panel this week.
4. Counsel has discussed this matter with bar counsel and has been informed that the Maine Rules of Professional Conduct, Rule 1.7 governing conflicts of interest prohibits Counsel from doing any further work on this case with the exception of filing a Motion to Withdraw.

WHEREFORE Molly Butler Bailey MOVES for leave to withdraw as CJA counsel for Defendant.

Dated: July 17, 2019                    /s/ Molly Butler Bailey
                                        Molly Butler Bailey, Esq.
                                        Attorney for Defendant Michael Peavy Wright

STRIKE, GONZALES & BUTLER BAILEY
Attorneys and Counselors at Law
400 Allen Avenue
Portland, ME 04103-3715
(207)878-5519

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused notice of the foregoing **Motion to Withdraw** to be served on the following parties via the CM/ECF electronic filing system:

>Nicholas Scott, A.U.S.A.
>Office of the United States Attorney
>100 Middle Street Plaza, East Tower
>P.O. Box 9718
>Portland, ME 04104

I hereby also certify that I have caused notice of this Motion to be served on the following parties by depositing a conformed copy of the same in the U.S. Mail, first class postage prepaid, addressed as follows:

>Mr. Michael Peavey Wright
>16535 Edinborough St.
>Detroit, MI 48219

Dated: July 17, 2019                    /s/ Molly Butler Bailey
                                        Molly Butler Bailey, Esq.
                                        Attorney for Defendant Michael Peavy Wright

                                        STRIKE, GONZALES & BUTLER BAILEY
                                        Attorneys and Counselors at Law
                                        400 Allen Avenue
                                        Portland, ME 04103-3715
                                        (207)878-5519